

# NUMBER 13-19-00423-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

KAYLON DOBY,                                                            Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

### On appeal from the 214th District Court
### of Nueces County, Texas.

# ORDER

### Before Chief Justice Contreras and Justices Longoria and Perkes
### Order Per Curiam

This cause is before the Court on State's motion to order supplementation of the reporter's record. The reporter's record in this cause was filed on October 10, 2019. The State has advised this Court that the record does not contain proceedings held from July 3, 2019.

When a relevant item has been omitted from the reporter's record, the appellate court may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted items.   *See* TEX. R. APP. P. 34.6(d).   Accordingly, State's motion to supplement the reporter's record is GRANTED and the appeal is ABATED.

The trial court clerk of the 214th District Court of Nueces County is directed to prepare a supplemental reporter's record in this cause to include proceedings in trial court cause number CR16003836-F from July 3, 2019.   The supplemental record shall be filed with this Court within 30 days from the date of this order.

This appeal will be reinstated upon receipt of the supplemental reporter's record and upon further order of this Court.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the 10th
day of January, 2020.

2